**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Kaitlyn Morris Abney and Leron Tony Abney,
Defendants,

Of whom Leron Tony Abney is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2023-000453

---

Appeal From Pickens County
W. Marsh Robertson, Family Court Judge

---

Unpublished Opinion No. 2023-UP-314
Submitted September 13, 2023 – Filed September 15, 2023

---

**AFFIRMED**

---

John Brandt Rucker and Allyson Sue Rucker, both of
The Rucker Law Firm, LLC, of Greenville, for
Appellant.

Andrew Troy Potter, of Anderson, and Ashley P Case, of
Fountain Inn, both for Respondent.

Sean Joseph Hinton, of Acker Lambert Hinton, P.A., of Pickens, for the Guardian ad Litem.

———————

**PER CURIAM:**  Leron Tony Abney appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Abney's counsel.

**AFFIRMED.**[1]

**MCDONALD and VINSON, JJ., and BROMELL HOLMES, A.J., concur.**

———————

[1] We decide this case without argument pursuant to Rule 215, SCACR.